USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIKTORYIA POLANCO,

                Plaintiff,

-v.-

BIOSKIN LASER LLC et al.,

                Defendants.

---

23 Civ. 01525 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Plaintiff Viktoryia Polanco filed the Complaint in this action on February 23, 2023. ECF No. 1. Defendant Santa Vaynshenker was served with process on March 6, 2023, ECF No. 7, and Defendants Bioskin Laser LLC and Bioskin Laser II LLC were served with process on March 8, 2023. ECF No. 8. Their responses were therefore due on March 27 and 29, 2023 respectively. *Id.*; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). To date, Defendants have not responded to the Complaint or otherwise appeared.

    Upon Plaintiff's application, ECF Nos. 9, 11, 13, the Clerk of Court entered certificates of default for Defendants on April 5, 2023, ECF Nos. 15-17. On September 18, 2023, Plaintiff moved for default judgment as to all Defendants, ECF No. 19, and filed an affirmation, memorandum of law, and proposed judgment in support. ECF Nos. 20-22.

    Plaintiff's papers in support of its motion are in good order. If Defendants wish to oppose the motion, then their counsel shall, (1) by **March 6, 2024**, file a notice of appearance, and (2) by **March 13, 2024**, file an opposition explaining why a default judgment is not warranted.

    Plaintiff has already filed proof of service of the papers in support of the motion for a default judgment. ECF No. 23. Within **two business days of the date of this Order**, Plaintiff

shall serve Defendants with a copy of this Order by overnight courier and file proof of such service on the docket.

    SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge