UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| VICTORYIA POLANCO, et al., | : | |
| Plaintiffs, | : | 23-CV-1525 (JHR) (RWL) |
| - against - | : | |
| BIOSKIN LASER LLC, et al., | : | **ORDER** |
| Defendants. | : | |

---

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties shall meet and confer and by **July 21, 2026** shall submit a proposed case management order and schedule for the remainder of the case.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 15, 2026
New York, New York

Copies transmitted this date to all counsel of record.