UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VIKTORYIA POLANCO,<br><br>Plaintiff,<br><br>- against -<br><br>BIOSKIN LASER LLC et al.,<br><br>Defendant. | : | 23-CV-1525 (JHR) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas counsel for the Defendants failed to appear at the initial pretrial conference scheduled for August 10, 2026, at 11 am; and

Whereas Defendants failed to respond to multiple emails sent by Plaintiff to meet and confer to prepare the proposed case management plan and scheduling order that was due to be filed by August 3, 2026; and

Whereas even after August 3, 2026, Defendants failed to respond to Plaintiff's communications, as a result of which no joint proposed case management plan and scheduling order was filed; and

Whereas the Court issued an order on August 10, 2026, requiring Defendants to show cause in writing why default judgment or other sanctions should not be imposed against Defendants; and

Whereas Defendants did not respond to the order to show cause; and

Whereas Plaintiff filed a letter on October 20, 2026 at Dkt. 59 explaining that "Defendants have failed to answer the Complaint, participate in mediation, cooperate in case management, appear when directed, respond to the Court's Order to Show Cause, and fulfill their affirmative disclosure and discovery obligations"; and

Whereas Plaintiff seeks sanctions by entry of default judgment against Defendants for failure to comply with discovery, failure to prosecute, and failure to comply with court orders;

IT IS HEREBY ORDERED THAT: If Defendants wish to respond to Plaintiff's October 20, 2026 letter, they shall do so no later than **October 26, 2026,** and in doing so shall show cause why the sanctions requested should not be imposed;

AND IT IS HEREBY FURTHER ORDERED THAT: if Defendants do not respond by October 26, 2026, or otherwise fail to show cause as directed, this Court will recommend to Judge Rearden that the case be dismissed with prejudice.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 22, 2026
New York, New York

Copies transmitted this date to all counsel of record.